## Appeal of the Borough of Verona. Cases of George Shannon et al.

Appeals of the borough of Verona, from decree of C. P. No. 3, Allegheny Co., Nos. 93, 94, 95, 96, 97, 98, 99, 100, 101, 102, dismissing exceptions to report of viewers and confirming same in the respective cases of George Shannon, Hugh W. Young, T. W. Davies, Agnes Wenzell, Harry W. Wick, John Simpson, Elmer J. Young, Samuel H. Mays, Emma Martin and Lona R. Patterson. Before RICE, P. J., WILLARD, WICKHAM, BEAVER, REEDER, ORLADY and SMITH, JJ. Affirmed.

In each of the above cases the court filed the following opinion by REEDER, J., July 23, 1897 :

The reasons given in the opinion in the case of John McNeil just preceding, apply to this case also.

The exceptions are dismissed, decree affirmed, appellant to pay the costs.